WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-16-08131-PCT-JAT (ESW) |
| Plaintiff/Respondent, | CR-12-8135-PCT-JAT-1 |
| v. | **ORDER** |
| Harry McCabe, Sr., | |
| Defendant/Movant. | |

Pending before the Court is Movant's "Motion to Lift Stay" (Doc. 47). The Government has filed a Response (Doc. 50) indicating that it does not oppose the Motion, but requests leave to file a Supplemental Response. The Response states that Movant does not oppose that request. (*Id.* at 2). For good cause shown,

**IT IS ORDERED** granting Movant's "Motion to Lift Stay" (Doc. 47).

**IT IS FURTHER ORDERED** that the Government may file a Supplemental Response no later than **sixty days** from the date this Order is filed. Movant may file a Supplemental Reply within **thirty days** from the date of service of the Supplemental Response.

Dated this 1st day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge